**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Richard Allen Gwodz Jr.<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–5089<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–17038–MBK | |

# Order of Discharge                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Richard Allen Gwodz Jr.

7/18/18                                         **By the court:**  Michael B. Kaplan
                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                           United States Bankruptcy Court
                                 District of New Jersey
In re:                                                                  Case No. 18-17038-MBK
Richard Allen Gwodz, Jr.                                                Chapter 7
        Debtor
                               CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 1        Date Rcvd: Jul 18, 2018
                               Form ID: 318                Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2018.
db             +Richard Allen Gwodz, Jr.,    525 Baxter Street,    Brick, NJ 08723-6433
517444549       Ditech,    100 Virginia Drive, No. 100A,    Fort Washington, PA 19034
517444551       Merrick,    10705 S. Jordan Gateway, Suite 200,    Sandy, UT 84094
517444552      +PO Box 108,    Saint Louis, MO 63166-0108
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 18 2018 23:51:33     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 18 2018 23:51:31     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517444543      +EDI: TSYS2.COM Jul 19 2018 03:23:00      Barclays Bank of Delaware,    125 S. West Street,
                 Wilmington, DE 19801-5014
517444544      +EDI: CAPITALONE.COM Jul 19 2018 03:23:00      Capital One Bank,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
517444546      +EDI: CITICORP.COM Jul 19 2018 03:23:00      Citi,   PO Box 6241,    Sioux Falls, SD 57117-6241
517444547      +EDI: CITICORP.COM Jul 19 2018 03:23:00      Citicards,    PO Box 6241,
                 Sioux Falls, SD 57117-6241
517444548       EDI: DISCOVER.COM Jul 19 2018 03:23:00      Discover Financial Services,    PO Box 15316,
                 Wilmington, DE 19850
517444550      +EDI: RESURGENT.COM Jul 19 2018 03:23:00      LVNV Funding LLC,    PO Box 10497,
                 Greenville, SC 29603-0497
517444553      +EDI: RMSC.COM Jul 19 2018 03:23:00      SYNCB/Amazon,    PO Box 965015,   Orlando, FL 32896-5015
517444554       EDI: USBANKARS.COM Jul 19 2018 03:23:00      US Bank Visa,    PO Box 790408,
                 Saint Louis, MO 63179
517444555      +EDI: WFFC.COM Jul 19 2018 03:23:00      Wells Fargo Bank,    PO Box 14517,
                 Des Moines, IA 50306-3517
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517444545*     +Capital One Bank,    PO Box 30285,    Salt Lake City, UT 84130-0285
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2018 at the address(es) listed below:
              Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Barry R. Sharer    CShapiro@SharerPBS.com, BSharer@SharerPBS.com;nj83@ecfcbis.com
              Brian F. O'Malley    on behalf of Debtor Richard Allen Gwodz, Jr. momalley14@aol.com
              Kevin Gordon McDonald    on behalf of Creditor   DITECH FINANCIAL LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```